IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CODY TYLER,**  **PLAINTIFF**
*#17500*

v.  No. 3:23-cv-40-DPM

**CINDY THYER, Circuit Judge, Poinsett County; CHARLES ROBERTS, Public Defender, Poinsett County; and John Does, Poinsett County Court System**  **DEFENDANTS**

### ORDER

I recuse.  Judge Cindy Thyer is on my recusal list.  The Clerk must reassign this case at random by chip exchange.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 February 2023