IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CODY TYLER**  **PLAINTIFF**

V.                    CASE NO. 3:23-cv-00040 JM

**CINDY THYER, Circuit Judge,
Poinsett County; CHARLES ROBERTS,
Public Defender, Poinsett County; DOES,
Poinsett County Court System**  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 14th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE